UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISONSIN

BRANDON JERMAINE COLLIER,

        Plaintiff,

   v.

                                     Case No. 20-cv-1571-pp

KEVIN CARR,

        Defendant.

## ORDER DISMISSING CASE FOR FAILURE TO COMPLY WITH COURT'S ORDER

      The plaintiff filed this lawsuit on October 13, 2020, dkt. no. 1, but did not either pay the $400 filing fee or file a motion asking the court for leave to proceed without prepaying the filing fee. He *did* file a copy of his certified trust account, dkt. no. 2, so the court missed the fact that he had not filed a motion seeking leave to proceed without prepaying, and it erroneously notified him that he needed to pay an initial partial filing fee, dkt. no. 4. A few weeks later, when it received from the plaintiff a motion for leave to pay the initial partial filing fee out of his release account, dkt. no. 6, the court realized that the plaintiff never had filed a motion asking to proceed without prepaying the filing fee. On November 23, 2020, the court issued an order requiring the plaintiff to either pay the $400 filing fee or file a request to proceed without paying that fee. Dkt. No. 7. The court gave the plaintiff a deadline of the end of the day on December 18, 2020 by which to do one or the other of these things, and warned him that if he did not do one or the other by the deadline the court

1

would dismiss the case for failure to comply with the court's order. The court has not received either the filing fee or the application.

The court has checked—the plaintiff remains incarcerated at Fox Lake Correctional Institution, which is where the court send the November 23, 2020 order.

The court **ORDERS** that this case is **DISMISSED** for the plaintiff's failure to comply with the court's November 23, 2020 order (Dkt. No. 7). The clerk will enter judgment accordingly.

Dated in Milwaukee, Wisconsin this 3rd day of January, 2021.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER**
**Chief United States District Judge**